MORRIS PETERSON
Denise Barton, No. 5579
Ryan Lower, No. 9108
900 Bank of America Plaza
300 South Fourth Street
Las Vegas, Nevada 89101
Telephone:  (702) 474-9400
Facsimile:   (702) 474-9422

Attorneys for Defendant
Johnson & Johnson Vision Care, Inc.

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| ANN MARIE GOODMAN, individually, | Case No: 2:06-cv-00903-HDM-PAL |
| Plaintiff, | ORDER GRANTING |
| vs. | **STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE** |
| WAL-MART STORES, INC., a foreign corporation; BAUSCH & LOMB, INC., a foreign corporation; JOHNSON & JOHNSON VISION CARE, INC., a foreign corporation; DOES I through X, inclusive; ROE CORPORATION SOFT CONTACT LENS SOLUTION MANUFACTURERS XI through XX; and ROE CORPORATION SOFT CONTACT LENS MANUFACTURERS XXI through XXX, | |
| Defendants. | |

IT IS STIPULATED AND AGREED among Plaintiff Ann Marie Goodman("Plaintiff"), Defendant Johnson & Johnson Vision Care, Inc. ("Vision Care") and Defendant Wal-Mart Stores, Inc. ("Wal-Mart") (collectively the

"Parties") that this action may be dismissed with prejudice, with each party to bear its and/or her own costs and attorney's fees.

| | |
|---|---|
| Dated: January 9, 2009. | Dated: January 9, 2009. |
| MORRIS PETERSON | PHILLIPS SPALLAS & ANGSTADT, LLC |
| By /s/ Denise Barton<br>Denise Barton, No. 5579<br>Ryan Lower, No. 9108<br>900 Bank of America Plaza<br>300 South Fourth Street<br>Las Vegas, Nevada 89101 | By /s/ Brenda H. Entzminger<br>Brenda H. Entzminger<br>504 South Ninth Street<br>Las Vegas, NV 89109 |
| Attorneys for Defendant<br>Johnson & Johnson, Inc. | Attorneys for Defendant Wal-Mart Stores, Inc. |

Dated: January 9, 2009.

DIXON, TRUMAN FISHER
& CLIFFORD, P.C.

By /s/ Robin E. Perkins
 David S. Clifford
 Robin E. Perkins
 221 N. Buffalo Drive, Suite A
 Las Vegas, NV 89145

Attorneys for Plaintiff

## ORDER

IT IS SO ORDERED this __14th__ day of __January__, 2009.

_Howard D McKibben_
UNITED STATES DISTRICT COURT JUDGE